**No. 46361.**—Protests 27454–K/89174, etc., of Associated Metals & Minerals Corp. (Chicago).

Opinion by DALLINGER, J. At the hearing it was established that the protests in question were filed more than 60 days after liquidation. In accordance therewith the protests were dismissed as untimely.

BEFORE THE THIRD DIVISION, SEPTEMBER 29, 1941

**No. 46362.**—Protest 809835–G of Romanoff Caviar Co. (New York).

Opinion by CLINE, J. It was stipulated that the powdered soup is in packages and is the same as that the subject of Abstract 34529. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 46363.**—Protest 22092–K of Ti Hang Lung & Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that certain of the items are similar to the merchandise passed upon in *Wing Duck* v. *United States* (6 Cust. Ct. 133, C. D. 446), and *Columbia Co.* v. *United States* (5 id. 175, C. D. 395) it was found that the Liquor Taxing Act of 1934 is not applicable thereto. The protest was therefore sustained as to the items in question.

**No. 46364.**—Protests 35672–K, etc., of Ballymena Mfg. Co., Inc., et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.